217

(No. 73-CC-444 

AERO MAYFLOWER TRANSIT CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, *Respondent.*

*Opinion filed February 8, 1974.*

AERO MAYFLOWER TRANSIT CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6475 

INGERSOLL-RAND COMPANY, Tool and Hoist Division, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 8, 1974.*

INGERSOLL-RAND COMPANY, Tool and Hoist Division, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.